UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENYAITTA (CROSBY) FOREMAN,<br><br>       Plaintiff,<br><br>-against-<br><br>LEGAL AID ATTORNEY MEG FOLEY WINTERS; MENTAL HEALTH ATTORN JEFFREY BLOOM; WEBSCRIM; INMATE LOOKUP NYCDOC; JOHN DOE(S), NYCDOCS; JOHN DOE(S), NYCDOC,<br><br>       Defendants. | 21-CV-3212 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 29, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. *See* 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any civil action under the *in forma pauperis* statute while a prisoner unless Plaintiff is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  April 29, 2021
    New York, New York

                 /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
               Chief United States District Judge